

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

2:25-cr-00593-KS

UNITED STATES OF AMERICA,

Plaintiff,

v.

MANUEL GARCIA LOPEZ,

Defendant.

Case No. 2:25-po-00544

ORDER OF DETENTION

[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)]

On February 10, 2026, Defendant Manuel Garcia Lopez made his initial on a petition for revocation of supervised release. Stephen Frye specially appeared for Carlos Iriarte of the Indigent Defense Panel, who was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Julius Xu. A contested detention hearing was held.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

The allegations in the Petition, principally, that Mr. Garcia Lopez failed to report for supervision on several occasions in August 2025. Mr. Garcia Lopez has no available surety. Beyond that, his residence is unstable, in that he cannot return to the home he was living in previously, and there was no assurance presented that he could reside where he stated he intended to live. Given those questions, the Court does not find that Mr. Garcia Lopez has met his burden of establishing that he will appear for further proceedings.

B.    ☐    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

*Given the finding with respect to non-appearance, the Court declines to make any finding with respect to danger to the community.*

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: February 10, 2026

_____/s/_____

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE